IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McGee, Adriana

Printed: 12/23/08

Case Number: 06 B 12900
Judge: Wedoff, Eugene R
Filed: 10/10/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 30, 2008
Confirmed: February 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,629.00 |  |
| Secured: |  | 9,133.87 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,254.00 |
| Trustee Fee: |  | 686.13 |
| Other Funds: |  | 555.00 |
| Totals: | 12,629.00 | 12,629.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,254.00 | 2,254.00 |
| 2. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 3. | Barclays Capital Real Estate | Secured | 25,240.65 | 9,133.87 |
| 4. | Illinois Dept of Revenue | Priority | 892.32 | 0.00 |
| 5. | Capital One | Unsecured | 1,287.83 | 0.00 |
| 6. | Illinois Dept Of Employment Sec | Unsecured | 3,988.49 | 0.00 |
| 7. | B-Real LLC | Unsecured | 1,082.22 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 303.63 | 0.00 |
| 9. | Illinois Student Assistance Commission | Unsecured | 41,707.04 | 0.00 |
| 10. | Citibank NA Student Loan | Unsecured |  | No Claim Filed |
| 11. | First Bank Of Marin | Unsecured |  | No Claim Filed |
| 12. | Pay Day Loans | Unsecured |  | No Claim Filed |
|  |  |  | $ 76,756.18 | $ 11,387.87 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 73.39 |
| 5.4% | 359.65 |
| 6.5% | 216.46 |
| 6.6% | 36.63 |
|  | $ 686.13 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  McGee, Adriana | Case Number:  06 B 12900 |
| | Judge:  Wedoff, Eugene R |
| Printed: 12/23/08 | Filed:  10/10/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                          Marilyn O. Marshall, Trustee, by:

